## Case No. 15,853.

### UNITED STATES v. NAILOR.

[4 Cranch, C. C. 372.] [1]

Circuit Court, District of Columbia.    Nov. Term, 1833.

CRIMINAL EVIDENCE—KEEPING HOUSE OF ILL FAME.

Upon an indictment for keeping a house of ill fame, evidence of the ill fame of the defendant herself, cannot be given.

Indictment [against Priscy Nailor] for keeping a house of ill fame, &c.

THE COURT, (THRUSTON, Circuit Judge, absent,) on the authority of the case of U. S. v. Jourdine [Case No. 15,499], refused to permit the United States to give evidence of the ill fame of the defendant herself.

Verdict, "Not guilty."